Gustavo T. Villanueva (Prose)
1301 Cougar Creek Drive
Patterson CA 95363
Plaintiff

FILED

2007 NOV 20 P 1:40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gustavo T. Villanueva,
           Plaintiff(s),

v.

Rice et al.
           Defendant(s).

No. C07 05721 PVT

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 20 NOV 2007

Signature

Counsel for  Pro Se
(Plaintiff, Defendant or indicate "pro se")