# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 DEC 11   A 9:18

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SUMMONS IN A CIVIL CASE**

Gustavo T. Villanueva

v.

Rice et al

CASE NUMBER:

# C07 05721 PVT

TO: (Name and address of defendant)

Consuelo Pachon
U.S. Department of State
2100 Pennsylvania Ave NW Suite 3000
Washington D.C. 20037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gustavo T. Villanueva
1301 Cougar Creek Drive
Patterson CA 95363

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NOV 20 2007
DATE _____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 20 NOV 2007 |
| Name of SERVER<br>Gustavo T. Villanueva | TITLE<br>Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Certified Mail
7007-2560-0001-0200-2813

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  20 NOV 2007
              Date

Signature of Server
1301 COUGAR CREEK DRIVE
PATTERSON CA 95363
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 2560 0001 0200 2813**
Detailed Results:
- **Delivered, November 26, 2007, 5:59 pm, WASHINGTON, DC 20037**
- **Notice Left, November 23, 2007, 1:59 pm, WASHINGTON, DC 20037**
- **Arrival at Unit, November 23, 2007, 11:51 am, WASHINGTON, DC 20037**
- **Acceptance, November 20, 2007, 2:17 pm, SAN JOSE, CA 95112**

**Track & Confirm**
Enter Label/Receipt Number.

*Go >*

*< Back*    *Return to USPS.com Home >*

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    *Go >*

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA