Gustavo T. Villanueva (PROSE)
1301 Cougar Creek Drive
Patterson, California 95363
U.S.A.
(408) 655-8990

FILED

ADR

2007 DEC 13 A 8: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| Gustavo T. Villanueva, | ) | No. **C07-05721 PVT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF |
| | ) | SERVICE BY U.S. MAIL; |
| Condoleezza Rice as Secretary of the | ) | PROOF OF SERVICE |
| United States Department of State, | ) | |
| Maura Harty, Consuelo Pachon , | ) | |
| and Kevin Lewis Spriggs | ) | |
| Defendants. | ) | |

I, GUSTAVO T. VILLANUEVA, do hereby certify that I have served all Defendants in this action with true and correct filed copies of the pleadings and documents hereinbelow specified by mailing same on 26th of November 2007 to the following addresses:

Pleadings and Documents:

1. Amended Action Declaratory Judgment to Establish U.S. Citizenship;
2. Demand for Jury trial; and
3. Summons in Civil Case.

Parties Served:

~~Dr. Condoleezza Rice~~
~~Secretary of State~~
~~7th Floor, Office S, HST~~,

1  ~~U.S. Department of State~~
2  ~~2201 C Street NW,~~
3  ~~Washington, DC 20520~~
4
5  ~~Maura Harty~~
6  ~~Assistant Secretary for Consular Affairs~~
7  ~~U.S. Department of State~~
8  ~~2201 C Street NW,~~
9  ~~Washington, DC 20520~~
10
11 ~~Consuelo Pachon~~
12 ~~Passport Services, Attorney Advisor~~
13 ~~U.S. Department of State~~
14 ~~2100 Pennsylvania Avenue NW, Suite 3~~
15 ~~Washington, DC 20037~~
16
17 ~~Kevin Lewis Spriggs~~
18 ~~Special Issuance Agency~~
19 ~~1111 19th St NW Room 200~~
20 ~~Washington, DC 20522-1705~~
21
22 **United States Attorney's Office**[1]
23 150 Almaden Blvd. Suite 900
24 San Jose, CA 95113
25
26 Proof of Service: Proof of Service has been attached herein.
27
28
29                                                RESPECTFULLY SUBMITTED,
30
31
32                                                Gustavo T. Villanueva
33                                                7301 Cougar Creek Drive
34                                                Patterson, CA 95363
35
36                                                657 Gridley Street
37                                                San Jose, CA 95127
38  DATED: 10DEC2007
39
40  ---
[1] No Summons in Civil Case was issued to the US Attorney's Office. However, copies of the summons issued to each Defendant were sent to the United States Attorney's Office.

- 2 -

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): R. TORRES  C. Date of Delivery |
| 1. Article Addressed to:<br>United States Attorney's Office<br>150 Almaden Blvd. Suite 900<br>San Jose CA 95113 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>11/27/07 |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0001 4855 1278 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $5.70 |
| Certified Fee | | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.50 | 11/26/2007 |

Sent To: US Attorney's Office
Street, Apt. No.; or PO Box No. 150 Almaden Blvd, Suite 900
City, State, ZIP+4 San Jose, CA 95113

7006 3450 0001 4855 1278

PS Form 3800, August 2006    See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X T. Roy  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Dr. Condoleezza Rice<br>Secretary of State<br>2201 C. Street N.W.<br>Washington D.C. 20520 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>at: |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)   7007 1490 0000 3851 7431 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004        Domestic Return Receipt                          102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | | |
|---|---|---|---|
| Certified Fee | | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | | |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | | |

7007 1490 0000 3851 7431

Sent To: Dr. Condoleezza Rice
Street, Apt. No.; or PO Box No. 2201 C. Street N.W.
City, State, ZIP+4 Washington DC. 20520

PS Form 3800, August 2006           See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    11-26-07

1. Article Addressed to:

    Maura Harty
    Department of State
    2201 C. Street N.W.
    Washington D.C. 20520

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)   7007 2560 0001 0200 2837

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

7007 2560 0001 0200 2837

Sent To: Maura Harty
Street, Apt. No.; or PO Box No.: 2201 C. Street NW
City, State, ZIP+4: Washington D.C. 20520

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Lewis Spriggs
SIA
1111 19th St. NW Rm 200
Washington D.C. 20522

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  T. Atkins   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                11/23/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery?   ☐ Yes

2. Article Number (Transfer from service label)
7007 2560 0001 0200 2820

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Kevin Lewis Spriggs
Street, Apt. No.; or PO Box No.: 1111 19th Street NW #200
City, State, ZIP+4: Washington D.C. 20522-1705

7007 2560 0001 0200 2820

PS Form 3800, August 2006   See Reverse for Instructions



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0001 0200 2813**
Detailed Results:

- Delivered, November 26, 2007, 5:59 pm, WASHINGTON, DC 20037
- Notice Left, November 23, 2007, 1:59 pm, WASHINGTON, DC 20037
- Arrival at Unit, November 23, 2007, 11:51 am, WASHINGTON, DC 20037
- Acceptance, November 20, 2007, 2:17 pm, SAN JOSE, CA 95112

**Track & Confirm**

Enter Label/Receipt Number.

Go >

< Back                    Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Sent To: Consuelo Pachon
Street, Apt. No.; or PO Box No.: 2100 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20037