Gustavo T. Villanueva (PROSE)
1301 Cougar Creek Drive
Patterson, California 95363
U.S.A.
(408) 655-8990

Plaintiff

FILED ADR

2008 JAN -2 A 11: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Gustavo T. Villanueva,<br>Plaintiff,<br><br>v.<br><br>Condoleezza Rice as Secretary of the United States Department of State, Maura Harty, Consuelo Pachon , and Kevin Lewis Spriggs<br>Defendants. | No. C07-05721 PVT<br><br>CERTIFICATE OF SERVICE BY U.S. MAIL; PROOF OF SERVICE |

I, GUSTAVO T. VILLANUEVA, do hereby certify that I have served all Defendants in this action with true and correct filed copies of the pleadings and documents hereinbelow specified by mailing same on 17th of December 2007 to the following addresses:

**Mr. Michael B. Mukasey**
United States Attorney General
10 Constitution Ave, NW
Washington, DC 20530

**The Office of the United States Attorney**
Civil Clerk
450 Golden Gate Ave
BOX 36055
San Fransisco, CA 94120

Pleadings and Documents:

1. An Action for Declaratory Judgment to Establish U.S. Citizenship;
2. Request for Appointment of Counsel and Declaration in Support of Request;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. Standing Order for Civil Practice in Case Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull;
5. Consent to Proceed before a United States Magistrate Judge;
6. Declination to Proceed before a United States Magistrate Judge and Request to Reassignment to a United States District Judge;
7. Standing Orders for All Judges of the Northern District of California;
8. Standing Order Regarding Case Management in Civil Cases;
9. ADR Dispute Resolution Procedure Booklet;
10. Copy of First Summons in Civil Case to Defendants in this Action;
11. Order Denying without Prejudice Request for Appointment of Counsel;
12. Amended Action Declaratory Judgment to Establish U.S. Citizenship;
13. Demand for Jury trial; and
14. Copy of Second Summons in Civil Case to Defendants in this Action.

Proof of Service: Proof of Service has been attached herein.

RESPECTFULLY SUBMITTED,

*Gustavo T. Villanueva*

Gustavo T. Villanueva
1501 Cougar Creek Drive
Patterson, CA 95363

657 Gridley Street
San Jose, CA 95127

DATED: 2JAN2008

- 2 -

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] — ☐ Agent / ☐ Addressee
B. Received by (Printed Name) — C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

    Mr Michael B. Mukasey
    United States Attorney General
    10 Constitution Ave, NW
    Washington DC. 20530

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0001 0201 2836

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] — ☐ Agent / ☐ Addressee
B. Received by (Printed Name) — C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

    The Office of the US Attorney
    Civil Process Clerk
    450 Golden Gate Ave
    Box 36055
    San Francisco, CA 94120

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0001 0201 2843

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] — ☐ Agent / ☒ Addressee
B. Received by (Printed Name): Nancy L. Bilko — C. Date of Delivery: NOV 26 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

    Consuelo Pachon
    2100 Pennsylvania Av NW
    Suite 3000
    Washington D.C. 20037

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0001 0200 2813

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540