Gustavo T. Villanueva (PROSE)
1301 Cougar Creek Drive
Patterson, California 95363
U.S.A.
(408) 655-8990

Plaintiff

FILED

2008 JAN -2  A 11: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Gustavo T. Villanueva,  )<br>        Plaintiff,  )<br>             )<br>    v.       )<br>             )<br>Condoleezza Rice as Secretary of the  )<br>United States Department of State,  )<br>Maura Harty,  )<br>Consuelo Pachon  and  )<br>Kevin Lewis Spriggs  )<br>        Defendants.  ) | No. **C07-05721 PVT**<br><br>REQUEST FOR<br>COUNSEL ON A<br>PRO BONO BASIS |

Plaintiff, GUSTAVO T. VILLANUEVA, Pro Se, in his status as a Pro Se Litigant in an Action for Declaratory Judgment to Establish U.S. Citizenship filed in this Court against the Defendants, respectfully requests this Court to request counsel representation on a Pro Bono basis. Plaintiff fully understands that this court cannot compel any lawyer to accept the request.

RESPECTFULLY SUBMITTED,

Gustavo T. Villanueva
1301 Cougar Creek Drive
Patterson, CA 95363

657 Gridley Street
San Jose, CA 95127

DATED: 2JAN2008

- 1 -