```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
 4      150 Almaden Blvd., Suite 900
        San Jose, California 95113
 5      Telephone: (408) 535-5082
        FAX: (408) 535-5081
 6      claire.cormier@usdoj.gov
 7  Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUSTAVO T. VILLANUEVA,<br><br>    Plaintiff,<br>v.<br><br>CONDOLEEZA RICE as Secretary of the United States Department of State; MAURA HARTY; CONSUELO PACHON; and KEVIN LEWIS SPRIGGS,<br><br>    Defendants. | No. 07-05721 PVT<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The Federal Defendants hereby decline to consent to the assignment of this case to a Unites States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Respectfully submitted,

DATED: January 15, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney
Attorney for Federal Defendants

DECLINATION RE MAGISTRATE
Case No. 07-05721 PVT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____     **PERSONAL SERVICE (BY MESSENGER)**

____     **FACSIMILE (FAX)**  Telephone No.:_____

____     **ELECTRONIC MAIL**

to the party addressed as follows:

Gustavo T. Villanueva
1301 Cougar Creek Drive
Patterson, CA 95363

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January, 2008, at San Jose, California

                              /s/ Claire T. Cormier
                              Claire T. Cormier

DECLINATION RE MAGISTRATE
Case No.  07-05721 PVT           1