1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **GUSTAVO T. VILLANUEVA,** | **C 07-5721 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **CONDOLEEZZA RICE,** | |
| **Defendant(s).** | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 4, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **March 3, 2008 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before February 11, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: January 16, 2008                    RICHARD W. WIEKING,
                                           Clerk of Court


                                           /s/ Corinne Lew
                                           _____
                                           Corinne Lew
                                           Deputy Clerk

Copies mailed on 1/16/08 to:

**Gustavo T Villanueva**
1301 Cougar Creek Drive
Patterson, CA 95363

/s/ Corinne Lew

_____
Corinne Lew
Courtroom Deputy to Magistrate
Patricia V. Trumbull