ADR

Gustavo T. Villanueva (PROSE)
1301 Cougar Creek Drive
Patterson, California 95363
U.S.A.
(408) 655-8990

Plaintiff

DEFAULT ENTERED
2/20/2008
RICHARD W. WIEKING, CLERK
By Deputy Clerk

Filed
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

Gustavo T. Villanueva, Plaintiff,

v.

Condoleezza Rice as Secretary of the United States Department of State, Maura Harty, Consuelo Pachon, and Kevin Lewis Spriggs Defendants.

No. **C07 05721 JW**

REQUEST FOR ENTRY OF DEFAULT CLERK OF THE COURT

1. The Plaintiff respectfully requests the Clerk of the Court to make an entry of default on the Docket for case No: C07-05721 JW. Plaintiff already made a similar request in writing to this court on January 28th, 2008, with the title "REQUEST FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION." However, the request made on January 28th was sent to Honorable James Ware as a motion rather than as a request to the clerk of the court—such request was denied by the judge because the Docket did not reflect an entry of default against any of the Defendants by the Clerk of the Court.

2. The Plaintiff, acting as *pro se*, apologizes for not being clear on his prior request and therefore resubmits his request for entry of default to the Clerk of the Court and will resubmit in a different document a re-consideration for his motion for default judgment.

3. Federal Rules of Civil Procedure ("FRCP"), Rule 55(a) states that the Clerk of the Court shall enter a party's default if such party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and that fact is made to appear by affidavit or otherwise.

4. Plaintiff affirms[1] that Defendants failed to plead or otherwise defend by the timeline established by the Clerk of the Court the Plaintiff's Amended Action to Establish U.S. Citizenship ("Amended Action" or "Action") filed in this court. Defendants failed to comply with FRCP, Rule 12(a)(3)(A) and Rule 12(a)(3)(B) which establishes the timeline imposed to a federal agency to plead or otherwise answer the complait filed by the Plaintiff.

5. The Plaintiff affirms that each Defendant mentioned in the Amended Action was properly served with a Summons issued by the Clerk of this Court on November 20th, 2007; who imposed a 60 day timeline to either file an answer to the action or enter a motion to dismiss. The timeline expired on January 25th, 2008. Defendants did not file a statement, motion or answer to the amended Action before January 25th, 2008. Defendants entered a motion to dismiss 17 days after the dateline imposed by this court on February 11th, 2008, which is 77 days after the summons issued by this court on the amended Action or 84 days from the summons issued to each Defendant on the original Action.

6. The Plaintiff states that:

1. Defendant Dr. Condoleezza Rice was served and received Summons from this court to answer the Amended Action on November 23, 2007 in Washington, DC 20520;
2. Defendant Maura Harty was served and received Summons from this court to answer the Amended Action on November 23, 2007 in Washington, DC 20520;
3. Defendant Consuelo Pachon was served and received Summons from this court to answer the Amended Action on November 26, 2007 in Washington, DC 20037;

[1] Plaintiff made this assertion on writing on January 28th, 2008.

4. Defendant Kevin Lewis Spriggs was served and received Summons from this court to answer the Amended Action on November 23, 2007 in Washington, DC 20524;
5. The United States Attorney's Office in San Jose, California was served and received copies from the Summons issued to each Defendant on November 27, 2007 in San Jose, CA 95113;
6. The United States Attorney General was served and received copies from the Summons issued to each Defendant by this Court on December 14th, 2007 in Washington, DC 20530; and
7. The Office of the United States Attorney, Civil Clerk, in San Francisco, California was served and received copies from the Summons issued to each Defendant by this Court on December 13th, 2007 in San Francisco, CA 94102.

7. Proofs of Service by Mail or Affidavits of Service were properly filed in this Court on December 13th, 2007 and January 2nd, 2008.

8. The Plaintiff argues that none of the Defendants is an infant, incompetent person or enlisted in the Uniform Service of United States Military serving overseas. Defendants do not enjoy from the protections given by the Uniformed Services Employment and Reemployment Rights Act ("USERRA") of 1940 (see 50 U.S.C. appen. §501 *et seq.*).

9. Because Defendants fall in a special category within Rule 55 of FRCP, the Plaintiff also affirms that pursuant to Federal Rules of Civil Procedure, Rule 55(e), a judgment against the United States "shall be entered against the United States or an officer or agency thereof" if "the claimant establishes a claim or right to relief by evidence satisfactory to the court." The Plaintiff argues that his claim of citizenship is based on an official birth certificate that has no issues of fact and that the law applied to him to invalidate such certificate has an issue of law.

10. Therefore, the Plaintiff asserts that he has proven that he was born in territory of the United States and therefore a citizen of the United States; such proof has been provided through his official U.S. birth certificate which is one of the enclosures contained in Exhibit A. Plaintiff has asserted his fact of birth through a claim successfully asserted in court proceedings before a United States Superior Court

with the proper jurisdiction to establish the facts of the Plaintiff's birth and that concluded that he is indeed an individual born in the United States. The Superior Court of California has jurisdiction in establishing such facts and authority has been conferred to the Superior Court by Federal and State legislation.

11. The core of this Action is focused in whether an Official Birth Certificate issued by the agency entrusted to issue a birth certificate, which is commonly used to prove identity and citizenship, can be invalidated by another agency that is entrusted to issue passports and not birth certificates (question of fact). This action also focuses on whether the Defendants have authority to overturn decisions of fact made by the Superior Court of California (question of law and jurisdiction).

12. WHEREFORE, the Plaintiff respectfully requests the Clerk of this Court to make an Entry of Default on the docket to reflect that Defendants did not comply with the appropriate regulations contained in the Federal Rules of Civil Procedure.

13. I, the Plaintiff, GUSTAVO T. VILLANUEVA, declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

RESPECTFULLY SUBMITTED,

Gustavo T. Villanueva
1301 Cougar Creek Drive
Patterson, CA 95363

657 Gridley Street
San Jose, CA 95127

DATED: 19FEB2008

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the United States Navy Reserve and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of the following:

**REQUEST FOR ENTRY OF DEFAULT**

to be served this date upon the Defendant's counsel in this action by sending a true copy thereof through electronic mail as agreed by the parties to Ms. Claire Cormier (USACAN) at her email address [Claire.Cormier@usdoj.gov].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February, 2008, at San Jose, California,

Gustavo T. Villanueva
1301 Cougar Creek Drive
Patterson, CA 95363

657 Gridley Street
San Jose, CA 95127

DATED: 19FEB2008

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

Signature of Document Signer No. 1 | Signature of Document Signer No. 2 (if any)

State of California

County of SANTA CLARA

HENRY W. LI
Commission # 1638687
Notary Public - California
Santa Clara County
My Comm. Expires Jan 17, 2010

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on this 19TH (Date) day of FEBRUARY (Month), 2008 (Year), by

(1) GUSTAVO T. VILLANUEVA (Name of Signer),

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) ______________________ (Name of Signer),

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature ______________________ Signature of Notary Public

### OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: REQUEST FOR ENTRY DEFAULT

Document Date: 2/19/2008 Number of Pages: 5

Signer(s) Other Than Named Above: ______________________

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5910 Reorder: Call Toll-Free 1-800-876-6827