United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gustavo Villanueva, | NO. C 07-05721 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Condoleeza Rice, et al., | |
|     Defendants. | |

    A case management conference is currently scheduled for March 3, 2008. On February 11, 2008, Defendants filed a motion to dismiss. (See Docket Item No. 24.) A hearing on the motion is scheduled for April 14, 2008. For the convenience of the parties, the Court CONTINUES the case management conference to **April 14, 2008 at 10 am**.

    In light of his *pro se* status, the Court reminds Plaintiff that his opposition to Defendants' motion is due by **March 24, 2008.**

Dated: February 27, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Claire T. Cormier claire.cormier@usdoj.gov

Gustavo T Villanueva
1301 Cougar Creek Drive
Patterson, CA 95363

**Dated: February 27, 2008**                                **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California