JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Federal Defendants

**GRANTED**

*James Ware*

Judge James Ware

4/30/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUSTAVO T. VILLANUEVA, | No. 07-05721 JW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| CONDOLEEZA RICE as Secretary of the United States Department of State; MAURA HARTY; CONSUELO PACHON; and KEVIN LEWIS SPRIGGS, | |
| Defendants. | |

    The parties to this action hereby stipulate and agree that the above-referenced action against defendants Condoleeza Rice, Maura Harty, Consuelo Pachon, and Kevin Lewis Spriggs is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the stipulation of settlement entered into by the parties to this action.

DATED: April \_\_, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

CLAIRE T. CORMIER
Assistant United States Attorney

DATED: April \_\_, 2008

GUSTAVO T. VILLANUEVA
Plaintiff In Pro Per

**IT IS SO ORDERED:**
The Court terminates all pending deadlines, hearing and motions. The Clerk shall close this file.

Dated: April 30, 2008

*James Ware*

United States District Judge